IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIO ZAMORA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RESPONSIBLE ROOFING, INC., et al., <br><br> Defendants. | NO. C08-4905 TEH <br><br> ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 11/03/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT