1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PORFIRIO ZAMORA, ET AL., | ) | Case No.: C 08-04905 PVT |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) ) | |
| RESPONSIBLE ROOFING, INC., ET AL..,) | ) | |
| Defendants. | ) | |
| _____ | ) | |

   This case has been assigned to a Magistrate Judge.[1]  Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

   IT IS HEREBY ORDERED that no later than December 19, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

---

[1]  On December 5, 2008, the court related the above captioned case to another case, *Federico Quezada, et al., v. Responsible Roofing, Inc., et al.,* Case No. 08-821, currently pending in the court.

ORDER, *page 1*

section of the court's website at www.cand.uscourts.gov.

Dated: *December 10, 2008*

*(signature)*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge