|     |     |     |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PORFIRIO ZAMORA, et al., | ) | Case No.: C 08-4905 PVT |
| | ) | Case No.: C 08-0821 PVT |
| Plaintiffs, | ) | |
| | ) | **ORDER TO SHOW CAUSE WHY** |
| v. | ) | **RELATED CASES SHOULD NOT BE** |
| | ) | **TRANSFERRED TO THE SAN** |
| RESPONSIBLE ROOFING, INC., et al., | ) | **FRANCISCO/ OAKLAND DIVISION** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| FEDERICO QUEZADA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RESPONSIBLE ROOFING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It has come to the courts attention that none of the parties in either of these two related cases are located in the San Jose Division of this court.  Therefore,

IT IS HEREBY ORDERED that, no later than February 23, 2009, Plaintiffs shall file a brief showing cause, if any, why these two related cases should not be transferred to the San Francisco/ Oakland Division of this court.  *See* Civil L.R. 3-2(c) & (d) and 3-5(b).

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for

1 | February 10, 2009 in Case No. C08-4905 PVT is continued to March 10, 2008, subject to being
2 | vacated in the event these cases are transferred to the San Francisco/Oakland Division of this court.
3 | Dated: *2/9/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge