| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PORFIRIO ZAMORA, et al., )  Case No.: C 08-4905 PVT
                                     )  Case No.: C 08-0821 PVT
        Plaintiffs, )
                                     )  **ORDER THAT THESE TWO RELATED CASES BE TRANSFERRED TO THE SAN FRANCISCO/ OAKLAND DIVISION OF THIS COURT**
   v. )
RESPONSIBLE ROOFING, INC., et al., )
        Defendants. )
_____)
FEDERICO QUEZADA, et al., )
        Plaintiffs, )
   v. )
RESPONSIBLE ROOFING, INC., et al., )
        Defendants. )
_____)

      On February 9, 2009, this court issued an Order to Show Cause Why These Related Cases Should Not Be Transferred to the San Francisco/ Oakland Division of this Court, setting a deadline of February 23, 2009 for Plaintiffs to respond. No response has been filed. Therefore,

      IT IS HEREBY ORDERED that, because none of the parties in either of these two related cases are located in the San Jose Division of this court, the Clerk of the Court shall transfer these two cases to the San Francisco/ Oakland Division of this court. *See* Civil L.R. 3-2(c) & (d) and 3-5(b).

1  IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for
2  March 10, 2008 is VACATED.
3  Dated: *3/3/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge