IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIO ZAMORA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RESPONSIBLE ROOFING, INC., et al., <br><br> Defendants. _____/ | No. 08-04905 CW <br><br> JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

On December 5, 2008, Magistrate Judge Patricia V. Trumbull issued an Order Relating Cases in which the above-captioned case was related to C-08-00821 PVT, Federico Quezada, et al. v. Responsible Roofing, Inc., et al. On March 3, 2009, the related cases were reassigned from Magistrate Judge Trumbull pursuant to an Order That These Two Case Be Transferred to the San Francisco/Oakland Division of the Court.

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-08-00821 WHA, Federico Quezada, et al. v. Responsible Roofing, Inc., et al. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order. It should be

1  noted that all parties in the two cases consented to proceed before
2  a Magistrate Judge for all further proceedings.

     3/9/09

Dated _____           _____
                                                               CLAUDIA WILKEN
                                                              United States District Judge