Lawrence Wong, (SBN: 80852)
Edward Hung (SBN: 221232)
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448

Attorneys for Defendants
PAUL MARVIN ELMORE, JR.
and EDUARDO PENA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| PORFIRIO ZAMORA, ET AL., Plaintiffs, vs. RESPONSIBLE ROOFING, INC, ET AL. Defendants. | CASE NO.: 08-CV-04905-EMC STIPULATION TO SUBSTITUE WONG AND ASSOCIATES AS COUNSEL FOR PAUL MARVIN ELMORE, JR. AND EDUARDO PENA ; ORDER |
|---|---|

WHEREAS, PAUL MARVIN ELMORE, JR. and EDUARDO PENA have retained the firm of Wong and Associates to represent them in the above-captioned matter pending before this Court; and

WHEREAS PAUL MARVIN ELMORE, JR. and EDUARDO PENA both will no longer be self represented.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT PAUL MARVIN ELMORE, JR. and EDUARDO PENA will substitute Wong and Associates as counsel. All notices henceforth should be sent to LAWRENCE WONG and EDWARD HUNG of Wong and Associates.

---
STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR PAUL ELMORE, JR and EDUARDO PENA
CASE No.: 08-cv-04905

1  I CONSENT TO THIS SUBSTITUTION.
2
3  Dated: 10-26-09
                                            _____
4                                           PAUL MARVIN ELMORE, JR.,
                                            Defendant/Pro Per
5
6  Dated: _____
                                            _____
7                                           EDUARDO PENA,
                                            Defendant/Pro Per
8
9     I ACCEPT THIS SUBSTITUTION.
10 Dated: 10/26/09                          WONG AND ASSOCIATES
11
12                                          _____
                                            Edward Hung
13                                          Edward.Hung@sbcglobal.net
14
15     PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby
16 substituted in as counsel for PAUL MARVIN ELMORE, JR. and EDUARDO PENA. All notices
17 should henceforth be sent to Mr. Hung and Wong and Associates.
18     IT IS SO ORDERED.
19
20 Dated:     November 4, 2009
21                                          _____
                                            Edward M. Chen,
22                                          United States Magistrate Judge

**IT IS SO ORDERED**
Judge Edward M. Chen

23
24
25
26
27
28

---

2
STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR PAUL ELMORE, JR and EDUARDO PENA
CASE No.: 08-cv-04905

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510)451-2124

I CONSENT TO THIS SUBSTITUTION.

Dated: _____

PAUL MARVIN ELMORE, JR.,
Defendant/Pro Per

Dated: 10-26-09

EDUARDO PENA,
Defendant/Pro Per

I ACCEPT THIS SUBSTITUTION.

Dated: 10/26/09

WONG AND ASSOCIATES

Edward Hung
Edward.Hung@sbcglobal.net

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby substituted in as counsel for PAUL MARVIN ELMORE, JR. and EDUARDO PENA. All notices should henceforth be sent to Mr. Hung and Wong and Associates.

IT IS SO ORDERED.

Dated: _____

Edward M. Chen,
United States Magistrate Judge