EDWARD HUNG SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   (510) 451-2124
Facsimile:    (510) 451-2448

Attorneys for Paul Marvin Elmore Jr.,
David Landeros and Eduardo Pena

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, ANTONIO QUEZADA, PORFIRIO ZAMORA, MARIO NIEVES, FELIPE QUEZADA, CIRIACO SALINA, and JOSE GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., EDUARDO PENA, DAVID LANDEROS, and DOES 1-10,<br><br>Defendants. | Case No.  C08-0821 EMC<br>Case No.  C08-4905 EMC<br><br>**JOINT STIPULATION TO CONTINUE TRIAL; AND [P~~ROPOS~~ED] ORDER** DENYING REQUEST<br><br>Trial Date: February 14, 2011<br>Time: 8:30 a.m.<br>Judge: Edward M. Chen |

## JOINT STIPULATION

All parties in the above captioned matter hereby stipulate to continue the five day jury trial currently set for February 14, 2011 in the above captioned matter to a date after February 21, 2011 open to the Court and counsel.  This request for continuance is supported by the declaration of Edward Hung, counsel for the Defendants and is made in good faith and for good cause as a result of unforeseen scheduling circumstances.

//
//
//

1

JOINT STIPULATION TO CONTINUE TRIAL; AND [PROPOSED] ORDER
*Quezada v. Responsible Roofing*, C08-0821 EMC, C08-4905 EMC

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 11, 2011 | Wong & Associates |
|   | /s/ Edward Hung<br>Edward Hung, Attorney for Defendants |
| Dated: January 11, 2011 |   |
|   | /s/ Adam Wang<br>Adam Wang, Attorney for Plaintiffs |

**ORDER**

~~Upon the stipulation of the parties and good cause therefore, the parties are ordered to appear on _____ at _____ am/pm for hearing on the request to continue the February 14, 2011 trial date.~~

IT IS HEREBY ORDERED THAT parties' request is denied. Jury trial will begin on 2/14/11 at 8:30 a.m. as previously scheduled. Final pretrial conference is set for 2/11/11 at 1:00 p.m.

Date: January 11, 2011

_____
Honorable Edward Chen,
Magistrate Judge, United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: DENIED — Judge Edward M. Chen]