**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO QUEZADA, *et al.*,

    Plaintiffs,

    v.

RESPONSIBLE ROOFING, INC., *et al.*,

    Defendants.
_____/

PORFIRIO ZAMORA, *et al.*,

    Plaintiffs,

    v.

RESPONSIBLE ROOFING, INC., *et al.*,

    Defendants.
_____/

No. C-08-0821 EMC

No. C-08-4905 EMC

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the seven (7) members of the jury in the above-entitled matter at the expense of the United States from February 14, 2011 to February 18, 2011. On February 14, 2011, refreshments shall be delivered to the jury room for Courtroom D, 15th Floor by 12:30 p.m. On February 15 - 18, 2011, refreshments shall be delivered by 8:00 a.m.

    IT IS SO ORDERED.

Dated: February 4, 2011

                                              _____
                                              EDWARD M. CHEN
                                              United States Magistrate Judge

cc: David Weir/Cafe 450