UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO QUEZADA, et al.,

      Plaintiffs,

      v.

RESPONSIBLE ROOFING, INC., et al.,

      Defendants.

_____/

PORFIRIO ZAMORA, et al.,

      Plaintiffs,

      v.

RESPONSIBLE ROOFING, INC., et al.,

      Defendants.

_____/

Case No. C08-0821 EMC
(Consolidated cases under C08-0821 EMC)

Case No. C08-4905 EMC

**ORDER ASSESSING JURY COSTS**

      Because the parties settled this case after prospective jurors reported to the courthouse for jury selection, the parties are jointly and severally liable for paying a grand total of $2,221.86 in jury costs incurred by the court in this matter. The parties shall each bear one-half (1/2) the cost ($1,110.93). A breakdown of these costs is provided as Exhibit A to this order. Payment is to be made in full by March 1, 2011, with any check payments payable to Clerk, United States District Court, Northern District of California.

      IT IS SO ORDERED.

Dated: February 15, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

COST ASSESSMENT BILL
Quezada, et al., v. Responsible Roofing, Inc., et al.
No. C 08-821 EMC

| ATTENDANCE DATE | ATTTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | COFFEE SERVICE | TOTAL |
|---|---|---|---|---|---|---|
| February 14, 2011 | $1,080.00 | $859.86 | $180.00 | $57.00 | $45.00 | **$2,221.86** |

EXHIBIT A