Lawrence Wong, SBN 80852
EDWARD HUNG, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:   (510) 451-2124
Facsimile:   (510) 451-2448

Attorneys for Defendants
Paul Elmore, Eduardo Pena
and David Landeros

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, ANTONIO QUEZADA, PORFIRIO ZAMORA, MARIO NIEVES, FELIPE QUEZADA, CIRIACO SALINA, and JOSE GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., EDUARDO PENA, DAVID LANDEROS, and DOES 1-10,<br><br>Defendants. | Case No.  C08-0821 EMC<br>Case No.  C08-4905 EMC<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF ANTONIO QUEZADA FOR FAILURE TO PROSECUTE** |

The joint motion to dismiss Antonio Quezada for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure came regularly for hearing before this Court on April 20, 2011.  Adam Wang appeared as attorney for Plaintiffs and Edward Hung appeared as attorney for the Defendants.

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, this Court finds that Antonio Quezada has failed to prosecute this action.  It is therefore ordered that Antonio Quezada be

1

1

2    dismissed with prejudice from this action in accordance with Rule 41(b) of the Federal Rules of

3    Civil Procedure.

4

5    Dated:    3/2/11

6                                                                    IT IS SO ORDERED                     _____

7                                                                                                         Judge

8                                                                    Judge Edward M. Chen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                           2
───────────────────────────────────────────────────────────
                 ORDER DISMISSING PLAINTIFF ANTONIO QUEZADA FOR FAILURE TO
                                        PROSECUTE
                 *Quezada v. Responsible Roofing*, C08-0821 EMC, C08-4905 EMC