| | |
|---|---|
| 1 | |
| 2 | Lawrence Wong, SBN 80852<br>EDWARD HUNG, SBN 221232 |
| 3 | **WONG & ASSOCIATES**<br>413 Third Street |
| 4 | Oakland, CA 94607<br>Telephone:  (510) 451-2124 |
| 5 | Facsimile:  (510) 451-2448 |
| 6 | |
| 7 | Attorneys for Defendants<br>Paul Elmore, Eduardo Pena<br>and David Landeros |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, ANTONIO QUEZADA, PORFIRIO ZAMORA, MARIO NIEVES, FELIPE QUEZADA, CIRIACO SALINA, and JOSE GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., EDUARDO PENA, DAVID LANDEROS, and DOES 1-10,<br><br>Defendants. | Case No.  C08-0821 EMC<br>Case No.  C08-4905 EMC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Plaintiffs Federico Quezada, Porfirio Zamora, Mario Nieves, Felipe Quezada, Ciriaco Salina and Jose Garcia ("Plaintiffs") and Defendants Paul Elmore, Eduardo Pena and David Landeros ("Defendants"), through their respective counsel, hereby stipulate as follows:

1. Plaintiffs and Defendants have reached a settlement with respect to claims Plaintiffs has against Defendants.

2. As such, the parties hereby stipulate to dismiss Plaintiffs' Complaint and the entire action against Defendants with prejudice.

1

STIPULATION TO DISMISS WITH PREJUDICE AND ORDER
*Quezada v. Responsible Roofing*, C08-0821 EMC, C08-4905 EMC

3. The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

Respectfully submitted,

Dated: March 1, 2011                                     Wong & Associates

/s/ Edward Hung_____
Edward Hung, Attorney for Defendants

Dated: March 1, 2011

/s/ Adam Wang_____
Adam Wang, Attorney for Plaintiffs

ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 3/2/11

_____
Edward M. Chen, Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA